IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN SIBBET, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 13-742 |
| v. | ) Judge Cathy Bissoon |
| SUPERIOR SPECIALTY COMPANY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Consistent with the Court of Appeals for the Third Circuit's decision in McCartney v. Integra National Bank North, 106 F.3d 506 (3d Cir. 1997),[1] Plaintiffs' Motion for a Stay (**Doc. 10**) regarding the claims asserted against the corporate-Defendants is **GRANTED**. IT IS FURTHER ORDERED THAT this case is **STAYED** and **ADMINISTRATIVELY CLOSED**. Lehman v. Revolution Portfolio L.L.C., 166 F.3d 389, 392 & n.3 (1st Cir. 1999) ("[w]e endorse the judicious use of administrative closings by district courts . . . . to await the lifting of the automatic stay imposed by the Bankruptcy Code"); *accord* Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 128 (3d Cir. 2004) (citing with approval rationale in Lehman).

IT IS SO ORDERED.

October 8, 2013                                         s\Cathy Bissoon
                                                        Cathy Bissoon
                                                        United States District Judge

---

[1] *See id.* at 509-10 (automatic stay under 11 U.S.C. § 362 may be extended to non-bankrupt, third-party defendant where "there is such identity between the debtor and the third-party defendant that the debtor may be said to be the real party defendant and that a judgment against the third-party defendant will in effect be a judgment or finding against the debtor") (citation to quoted and other sources omitted).

cc (via ECF email notification):

All Counsel of Record